alexjavierdismiss

ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

**FILED**
DISTRICT COURT OF GUAM
MAY 16 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 04-00028 |
| Plaintiff, | ) |
| | ) |
| vs. | ) **MOTION TO DISMISS COUNT** |
| | ) **IV OF THE INDICTMENT** |
| ALEXANDER MARIANO JAVIER, | ) |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned

attorney, and moves that Count IV of the Indictment in the above cause against defendant,

ALEXANDER MARIANO JAVIER, be dismissed without prejudice, for the reason that a civil

action has been filed against the $172,855 which is the subject of this count.

Respectfully submitted this 16th day of May 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _KARON V. JOHNSON_
KARON V. JOHNSON
Assistant U.S. Attorney