LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00028 |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS COUNT IV OF THE INDICTMENT** |
| ALEXANDER MARIANO JAVIER, | |
| Defendant. | |

The United States' Motion to dismiss Count IV of the Indictment against defendant, ALEXANDER MARIANO JAVIER, is hereby dismissed.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: May 18, 2007**